UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:17 CR 90 |
| ) | |
| JOHN DOUGLAS SUTTON ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated January 21, 2020 (DE # 36), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed a violation of his supervised release as described in the January 16, 2020, Revised Summary Report of Violations. (DE # 32.) The Agreed Disposition of Supervised Release Violation (DE # 34) is **ACCEPTED**, and defendant's term of supervised release is **REVOKED**. Defendant is hereby sentenced to time served as of January 21, 2020, and then shall continue on supervised release for a period of twenty-four (24) months under the conditions of supervision described within the Revised Summary Report of Violations. (DE # 32.)

**SO ORDERED.**

Date: January 21, 2020

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT